1
2
3
4
5
6
7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   OSCAR RODRIGUEZ,                    ) NO. SACV 06-00878-VAP (MAN)
                                         )
12                 Petitioner,           )
                                         )
13        v.                             ) JUDGMENT
                                         )
14   RICHARD KIRKLAND, WARDEN,           )
                                         )
15                 Respondent.           )
     _____)
16

17        Pursuant to the Court's Order Adopting Findings, Conclusions, and

18   Recommendations of United States Magistrate Judge,

19

20        IT IS ADJUDGED that this action is dismissed with prejudice.

21

22   DATED: December 18, 2009      .

23

24                                 _____
                                   VIRGINIA A. PHILLIPS
25                                 UNITED STATES DISTRICT JUDGE

26

27

28